UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RICHARD RYNN,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>FIRST TRANSIT INCORPORATED,<br>an Ohio Corporation and UNKNOWN<br>PARTIES, named as: ABC Corporation<br>I-X, and Black and White Partnerships,<br>and/or Sole Proprietorships I-X,<br><br>　　　　　Defendants - Appellees. | No. 23-15869<br><br>D.C. No. 2:20-cv-01309-JJT<br>U.S. District Court for Arizona,<br>Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered October 23, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT